UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
v. :
:
DAVID SANTIAGO GRAJALES-YEPES, :
                        Defendant.  :
-----------------------------------------------------------x

**ORDER**

17 CR 270 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/21

At the sentencing hearing on July 29, 2021, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant David Santiago Grajales-Yepes, USM #78794-408, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: July 29, 2021
       White Plains, NY

SO ORDERED:

*Vincent Briccetti*
Vincent L. Briccetti
United States District Judge